[*272]   *VOLNEY SPAULDING *et al.* agt. GUSTAVUS SHEPARD.

In an action of debt upon a *judgment in replevin*, the defendant may be held to bail as a matter of course, without any special order for that purpose. (*See* 2 *R. S.*, 2d ed., p. 270, § 8, *Sub.* 1.)

*September Term*, 1846.

MOTION by defendant to vacate an order holding defendant to bail.

The papers showed that this suit was commenced by *capias* against the defendant to answer the plaintiffs in a plea of debt, upon a judgment awarded to the plaintiffs, at the circuit court of the county of Lenawee in the state of Michigan, in an action of replevin brought by the defendant against the plaintiffs.

The affidavit upon which the defendant was held to bail in this suit was made by the attorney for the plaintiffs, which recited the fact (from an exemplification of the judgment

record) of the replevin suit in Michigan, upon which affidavit an order was made to hold defendant to bail by Judge DAYTON, circuit judge of the eighth circuit. It appeared that the defendant was a person having a family, a householder, and a permanent resident of the village of Springville Erie county, N. Y.

M. T. REYNOLDS,, *defendant's counsel.*

R. GERMAIN, *defendant's attorney.*

P. CAGGER, *plaintiffs' counsel.*

H. GARDNER, *plaintiffs' attorney.*

BRONSON, Chief Justice. Denied the motion with costs, on the ground that the plaintiffs had a right to hold the defendant to bail under the statute, *without an order.* (2 *R. S.,* 2*d ed., p.* 270, § 8, *Sub.* 1.)